

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00420-CV

Carole **KOTZ**,
Appellant

v.

Stelian **MURARIU** and Petru Murariu, Individually and on Behalf of Cape Horn Holdings LLC,
and Roger G. Bresnahan, in his Capacity as Receiver for Cape Horn Holdings LLC,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-15085
Honorable David A. Berchelmann, Jr., Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's award of fees in the amount of $9,651.11 is REVERSED and the case is REMANDED to the trial court for a new hearing on Roger G. Bresnahan's request for additional compensation. In all other respects, the trial court's order is AFFIRMED.

It is ORDERED that appellant, Carole Kotz, recover her costs of this appeal from appellee, Roger G. Bresnahan, in his Capacity as Receiver for Cape Horn Holdings LLC.

SIGNED November 27, 2013.

_____
Luz Elena D. Chapa, Justice